# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CLAUDE J. WALLACE,
ADC #85239                                                                                         PLAINTIFF

V.                          CASE NO. 5:15-CV-00372-JM

ESSEY CLAY, et al.                                                                              DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Wallace's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Wallace's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED, this 18th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE